CURTIS JENKINS
582 JENKINS QUARTERS CUT-O
SHUQUALAK, MS 39361

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

1ST FRANKLIN
2688 N CHURCH AVENUE
LOUISVILLE, MS 39339

ADVANCE AMERICA
14130 MS 15, STE B
LOUISVILLE, MS 39339

BK FST MACON
110 S JEFFERSON
MACON, MS 39341

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

CFNA
ATTN: BANKRUPTCY
PO BOX 81315
CLEVELAND, OH 44181

CHASE AUTO FINANCE
ATTN: BANKRUPTCY
700 KANSAS LANE
MONROE, LA 71203

CITIBANK
P.O.BOX 790046
ST. LOUIS, MO 63179

CITIIBANK
ATTN: BANKRUPTCY
PO BOX 6403
SIOUX FALLS, SD 57117

CREDENCE RESOURCE
ATTN: BANKRUPTCY
PO BOX 2300
SOUTHGATE, MI 48195

FIRST HERITAGE
ATTN: BANKRUPTCY
P.O.BOX 1947
GREENVILLE, SC 29602

H&P LEASING
PO BOX 1599
BRANDON, MS 39043

JOHN DEERE FINANCIAL
P.O. BOX 650215
DALLAS, TX 75265

MARINER FINANCE
ATTN: BANKRUPTCY
8211 TOWN CENTER DRIVE
NOTTINGHAM, MD 21236

SBA
801 TOM MARTIN DR
STE 210
BIRMINGHAM, AL 35211

SBA
C/O US ATTORNEY'S OFFI
501 E COURT ST
STE. 4.430
JACKSON, MS 39201

SHEFFIELD
PO BOX 25127
WINSTON-SALEM, NC 27114

SYNCHRONY
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

SYNCHRONY
ATTN: BANKRUPTCY
PO BOX 965065
ORLANDO, FL 32896

SYNCRHONY
ATTN: BANKRUPTCY DEPT
P.O. BOX 965065
ORLANDO, FL 32896

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001