**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
JACKSON-3 **DIVISION**

IN RE:  CURTIS JENKINS, DEBTOR

CHAPTER 13 PROCEEDING
CASE NO. 26-01759-JAW

OBJECTION TO PROPOSED CHAPTER 13 PLAN AND CONFIRMATION THEREOF

**COMES NOW** First Heritage ("the Movant"), by and through the undersigned Counsel, and hereby objects to the confirmation of the Debtor's plan. The objection is supported as follows:

1. That Debtor is indebted to Movant in the amount of $11,858.94 on an Installment Sale Contract, to wit, a 2017 Xmark 60" zero turn, 2017 Ferris 54" zero turn and 2017 Ferris 60" zero turn.

2. On June 29, 2026, Debtor filed a Chapter 13 Plan which proposes to value the subject in the amount of $5,200.00, with an interest rate of 8.5%.

3. Per the Note, dated January 3, 2026, 2017 Xmark 60" zero turn is valued at $3,000.00, 2017 Ferris 54" zero turn is valued at $3,858.62 and 2017 Ferris 60" zero turn is valued at $5,000.00 for a total of $11,858.62.

4. The Movant objects to confirmation of Debtor's Chapter 13 plan on grounds that the proposed plan does not pay the Movant the replacement value of its collateral and only list 2 of the 3 zero turn mowers on the plan.

WHEREFORE, the Movant prays that this Court will set this matter for hearing and grant the following relief:

1. Amend the Debtor's Plan to provide for the replacement value of the collateral in the amount of $11,858.94 at 8.5% TILL rate.

Respectfully Submitted
LOGS LEGAL GROUP LLP


 /s/ Eric C. Miller_____
William Savage #105785
Eric Miller #102327
Attorney for Creditor

## CERTIFICATE OF SERVICE

I, the undersigned, of the firm of LOGS Legal Group LLP, do hereby certify that I have this date provided a copy of the foregoing either by electronic case filing or by United States mail postage pre-paid to the following:

Torri Parker Martin
tpm@tpmartinch13.com

Thomas Carl Rollins, Jr., The Rollins Law Firm, PLLC, Attorney for Debtor
trollins@therollinsfirm.com

Office of the U.S. Trustee
USTPRegion05.JA.ECF@usdoj.gov

Curtis Jenkins
582 Jenkins Quarters Cut-Off Rd
Shuqualak, MS 39361


Dated this the 28th day of July, 2026

Respectfully Submitted
LOGS LEGAL GROUP LLP


/s/ Eric C. Miller_____
William Savage #105785
Eric Miller #102327
Attorney for Creditor


Presented by:
William Savage #105785
Eric Miller #102327
LOGS LEGAL GROUP LLP
579 Lakeland East Drive, Suite D
Flowood, MS 39232
Telephone No. (601) 981-9299
Facsimile No. (601) 981-9288
E-mail: logsecf@logs.com
BK Case No. 26-01759-JAW