**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
JACKSON-3 **DIVISION**

IN RE:  CURTIS JENKINS, DEBTOR                CHAPTER 13 PROCEEDING
                                             CASE NO. 26-01759-JAW


**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Bankruptcy Rules 1007(a) and Bankruptcy Rule 7007.1 and Local Rules 1007-1, 2003-2, 7007.1-1 and 9014-1 (B),
First Heritage,

☐ Corporate Debtor

☐ Party to an adversary proceeding

☒ Party to a contested matter

☐ Member of committee of creditors

Makes the following disclosure (s):

**All** corporations, other than a governmental unit, that directly or indirectly own ten percent (10%) or more of any class of the corporation's equity interests are listed below:

_____
_____
_____
_____

**OR**

☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Dated: July 28, 2026_____

Respectfully Submitted
LOGS LEGAL GROUP LLP
 /s/ Eric C. Miller_____
William Savage #105785
Eric Miller #102327
Attorney for Creditor