**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**In re: Curtis Jenkins** **Case No. 26-01759-JAW**

*Debtor* **Chapter 13**

---

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

---

COMES NOW, Rocky W. Eaton of Hubbard, Mitchell, Williams & Strain, PLLC, and enters his appearance on behalf of BankFirst Financial Services, a creditor and party-in-interest in the above-captioned bankruptcy case, and requests that copies of all notices, papers, pleadings, or other filings served or required to be served in this case, be directed to the undersigned at the office and/or e-mail address set forth below.

THIS the 3rd day of September, 2026.

Respectfully submitted,

BANKFIRST FINANCIAL SERVICES

By: */s/Rocky W. Eaton*
ROCKY W. EATON (MBN 9632)

HUBBARD, MITCHELL, WILLIAMS & STRAIN, PLLC
1062 Highland Colony Parkway, Suite 222
Ridgeland, Mississippi 39157
Post Office Box 13309
Jackson, Mississippi 39236
Telephone: (601) 707-3440
Telecopier: (601) 898-2726
eaton@hubbardmitchell.com

**CERTIFICATE OF SERVICE**

I do hereby certify that I caused the above and foregoing to be served on September 3, 2026, via the Court's ECF Notification System as follows:

- Thomas Carl Rollins, Jr., trollins@therollinsfirm.com
- Torri Parker Martin, tpm@tpmartinch13.com
- United States Trustee, USTPRegion05.JA.ECF@usdoj.gov

*/s/Rocky W. Eaton*
ROCKY W. EATON