**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: September 22, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
JACKSON-3 **DIVISION**

IN RE: CURTIS JENKINS, DEBTOR

CHAPTER 13 PROCEEDING
CASE NO. 26-01759-JAW

<u>AGREED ORDER DOCKET NO.17</u>

THIS CAUSE came on the Objection to Proposed Plan and Confirmation Thereof filed by First Heritage, and the Court being advised that all parties have reached an agreement and being fully advised that the parties agree as follows:

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Objection to Proposed Plan and Confirmation Thereof filed by First Heritage is hereby resolved as to a 2017 Xmark 60" zero turn, 2017 Ferris 54" zero turn and 2017 Ferris 60" zero turn.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Debtor's Chapter 13 plan

is herby amended to provide for the replacement value of the collateral in the amount of $8,000.00 at 8.5% TILL rate.

**##END OF ORDER##**

AGREED TO:

/s/ Eric C. Miller

William Savage #105785
Eric Miller #102327, Attorney for Plaintiff

/s/ Thomas C. Rollins Jr. with Express Permission

Thomas Carl Rollins, Jr., The Rollins Law Firm, PLLC, Attorney for Debtor(s)

/s/ Semoune Ellis with Express Permission for

Torri Parker Martin, Trustee

Presented by:
William Savage #105785
Eric Miller #102327
LOGS LEGAL GROUP LLP
579 Lakeland East Drive, Suite D
Flowood, MS 39232
Telephone No. (601) 981-9299
Facsimile No. (601) 981-9288
E-mail: logsecf@logs.com
BK Case No. 26-01759-JAW