United States Bankruptcy Court
Southern District of Mississippi

In re: Curtis Jenkins
Debtor

Case No. 26-01759-JAW
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: mssbad Page 1 of 2
Date Rcvd: Sep 22, 2026 Form ID: pdf012 Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Curtis Jenkins, 582 Jenkins Quarters Cut-Off Rd, Shuqualak, MS 39361-9307 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Eric C Miller | on behalf of Creditor First Heritage logsecf@logs.com |
| Rocky Eaton | on behalf of Creditor BANKFIRST FINANCIAL SERVICES eaton@hubbardmitchell.com |
| Stacey L Strain | on behalf of Creditor BANKFIRST FINANCIAL SERVICES strain@hubbardmitchell.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Curtis Jenkins trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com |

United States Trustee USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 6

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: September 22, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
JACKSON-3 **DIVISION**

IN RE: CURTIS JENKINS, DEBTOR

CHAPTER 13 PROCEEDING
CASE NO. 26-01759-JAW

AGREED ORDER DOCKET NO.17

THIS CAUSE came on the Objection to Proposed Plan and Confirmation Thereof filed by First Heritage, and the Court being advised that all parties have reached an agreement and being fully advised that the parties agree as follows:

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Objection to Proposed Plan and Confirmation Thereof filed by First Heritage is hereby resolved as to a 2017 Xmark 60" zero turn, 2017 Ferris 54" zero turn and 2017 Ferris 60" zero turn.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Debtor's Chapter 13 plan

is herby amended to provide for the replacement value of the collateral in the amount of

$8,000.00 at 8.5% TILL rate.

**##END OF ORDER##**

AGREED TO:

/s/ Eric C. Miller

William Savage #105785
Eric Miller #102327, Attorney for Plaintiff

/s/ Thomas C. Rollins Jr. with Express Permission

Thomas Carl Rollins, Jr., The Rollins Law Firm, PLLC, Attorney for Debtor(s)

/s/ Semoune Ellis with Express Permission for

Torri Parker Martin, Trustee

Presented by:
William Savage #105785
Eric Miller #102327
LOGS LEGAL GROUP LLP
579 Lakeland East Drive, Suite D
Flowood, MS 39232
Telephone No. (601) 981-9299
Facsimile No. (601) 981-9288
E-mail: logsecf@logs.com
BK Case No. 26-01759-JAW