United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-01759-JAW
Curtis Jenkins Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: admin Page 1 of 3
Date Rcvd: Nov 03, 2026 Form ID: n032 Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Curtis Jenkins, 582 Jenkins Quarters Cut-Off Rd, Shuqualak, MS 39361-9307 |
| cr | + | First Heritage, P O Box 829009, Dallas, TX 75382-9009 |
| 5690099 | + | 1st Franklin, 2688 N Church Avenue, Louisville, MS 39339-2049 |
| 5690100 | | Advance America, 14130 MS 15, STE B, Louisville, MS 39339 |
| 5690101 | ++++ | BK FST MACON, 3055 JEFFERSON ST, MACON MS 39341-2275 address filed with court:, Bk Fst Macon, 110 S Jefferson, Macon, MS 39341 |
| 5719163 | + | BankFirst Financial Services, c/o Rocky W. Eaton, P.O. Box 13309, Jackson MS 39236-3309 |
| 5690109 | + | H&P Leasing, PO Box 1599, Brandon, MS 39043-1599 |
| 5719990 | + | Rocky Eaton, Hubbard, Mitchell, Williams & Strain, PL, For BankFirst Financial Services, P.O. Box 13309, Jackson, MS 39236-3309 |
| 5719991 | + | Stacey L Strain, Hubbard Mitchell Williams and Strain, For BankFirst Financial Services, P.O. Box 13309, Jackson, MS 39236-3309 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5690103 | + | Email/Text: BKPT@cfna.com | Nov 03 2026 19:45:00 | CFNA, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 5693416 | | Email/Text: BKPT@cfna.com | Nov 03 2026 19:45:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 5690102 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 03 2026 19:58:30 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5690104 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 03 2026 19:58:37 | Chase Auto Finance, Attn: Bankruptcy, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 5690105 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 03 2026 19:58:27 | Citibank, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 5718258 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 03 2026 19:58:33 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5690106 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 03 2026 19:58:27 | Citiibank, Attn: Bankruptcy, Po Box 6403, Sioux Falls, SD 57117-6403 |
| 5690107 | + | Email/Text: bankruptcy@credencerm.com | Nov 03 2026 19:46:00 | Credence Resource, Attn: Bankruptcy, Po Box 2300, Southgate, MI 48195-4300 |
| 5694687 | | Email/Text: litbkcourtmail@johndeere.com | Nov 03 2026 19:45:00 | Deere & Company, PO Box 6600, Johnston, IA 50131 |
| 5690110 | | Email/Text: litbkcourtmail@johndeere.com | Nov 03 2026 19:45:00 | John Deere Financial, P.O. Box 650215, Dallas, TX 75265 |

| | | | | |
|---|---|---|---|---|
| 5704434 | + | Email/Text: bankruptcy@curo.com | Nov 03 2026 19:46:00 | First Heritage, 101 N Main St. Ste 600, Greenville, South Carolina 29601-4846 |
| 5690108 | + | Email/Text: bankruptcy@curo.com | Nov 03 2026 19:46:00 | First Heritage, Attn: Bankruptcy, P.O.Box 1947, Greenville, SC 29602-1947 |
| 5704214 | + | Email/Text: bankruptcycourt@towerloan.com | Nov 03 2026 19:46:00 | Gulfco of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5705269 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 03 2026 19:46:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5700805 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 03 2026 19:58:37 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, 700 Kansas Lane, LA4- 5599, Monroe LA 71203-4774 |
| 5715033 | + | Email/Text: bankruptcy@marinerfinance.com | Nov 03 2026 19:46:00 | MARINER FINANCE, 8110 CORPORATE DR, NOTTINGHAM,MD 21236-5034 |
| 5690111 | + | Email/Text: bankruptcy@marinerfinance.com | Nov 03 2026 19:46:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5718839 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 03 2026 19:58:24 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5690112 | + | Email/Text: bankruptcynotices@sba.gov | Nov 03 2026 19:46:00 | SBA, 801 Tom Martin Dr, Ste 210, Birmingham, AL 35211-6426 |
| 5690113 | + | Email/Text: ebone.woods@usdoj.gov | Nov 03 2026 19:46:00 | SBA, c/o US Attorney's Offi, 501 E Court St, Ste. 4.430, Jackson, MS 39201-5025 |
| 5690114 | ^ | MEBN | Nov 03 2026 19:41:40 | Sheffield, Po Box 25127, Winston-Salem, NC 27114-5127 |
| 5698558 | | Email/Text: bankruptcy@bbandt.com | Nov 03 2026 19:46:00 | Sheffield Financial, a division of Truist Bank, PO Box 1847/100-50-01-51, Wilson, NC 27894-1847 |
| 5690115 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 03 2026 19:58:30 | Synchrony, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5690116 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 03 2026 19:58:30 | Synchrony, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 5690117 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 03 2026 19:58:24 | Syncrhony, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 5690118 | | Email/Text: bankruptcycourt@towerloan.com | Nov 03 2026 19:46:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5690119 | ^ | MEBN | Nov 03 2026 19:41:48 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANKFIRST FINANCIAL SERVICES |
| 5702408 | ##+ | Eric C Miller, LOGS Legal Group, LLP, For First Heritage, 579 Lakeland East Drive Suite D, Flowood, MS 39232-9037 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Eric C Miller | on behalf of Creditor First Heritage logsecf@logs.com |
| Rocky Eaton | on behalf of Creditor BANKFIRST FINANCIAL SERVICES eaton@hubbardmitchell.com |
| Stacey L Strain | on behalf of Creditor BANKFIRST FINANCIAL SERVICES strain@hubbardmitchell.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Curtis Jenkins trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |
| Torri Parker Martin | tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 6

Form n032−adntcnpl (04/27/2026)

# UNITED STATES BANKRUPTCY COURT

Southern District of Mississippi

**Case No.:** 26−01759−JAW
**Chapter:** 13

**In re:**

Curtis Jenkins
582 Jenkins Quarters Cut−Off Rd
Shuqualak, MS 39361

## Notice of Entry of Order Confirming Plan

The Court entered an Order on 11/3/26 confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: November 3, 2026

Danny L. Miller, Clerk of Court